# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **ECI SOFTWARE SOLUTIONS, INC.,**  *Plaintiff,*  v.  **JOHN PLYLER PLUMBING AND HARDWARE, INC.; OLSHAN LUMBER COMPANY; and PROSPERITY COMPUTER SOLUTIONS, LLC, WADE FRAZIER, GREG MATATALL, and ED BALDRIDGE,**  *Defendants.* | Civil Action No.: 3:18-cv-02758-S |

## ORDER

Before the Court is Defendants Prosperity Computer Solutions, LLC's ("Prosperity"), Wade Frazier's ("Frazier"), Greg Matatall's ("Matatall") and Ed Baldridge's ("Baldridge") (collectively, "Defendants") *Motion for Order Requiring Pre-Discovery Identification of Trade Secrets* ("Motion") [ECF No. 110]. Having considered Defendants' *Motion*, Defendants' accompanying *Brief in Support* [ECF No. 111], Plaintiff ECI Software Solutions, Inc.'s ("Plaintiff" or "ECI") response, if any, and the arguments of counsel, the Court finds that the *Motion* is well-taken and should, in all things, be **GRANTED**. It is therefore

**ORDERED** that ECI must identify each alleged trade secret that each Defendant allegedly misappropriated. It is further

**ORDERED** that ECI must separately break out each of the individual alleged trade secrets that ECI claims Defendants have misappropriated. It is further

**ORDERED** that ECI must identify all such trade secrets with sufficient particularity so that the reader understands how each such trade secret differs from public domain information. It is further

—2—

**ORDERED** that, to the extent that one Defendant is accused of misappropriating information differently than from the others, ECI must include a list of which trade secrets each named Defendant allegedly misappropriated within ten days of entry of this *Order* before any Defendant is required to produce documents responsive to any discovery based on ECI's claims for trade secret misappropriation or before any Defendant is required to provide its deposition testimony in this case.

**SO ORDERED**.

Signed this the ___ day of _____, 2019.

_____
Hon. Karen Gren Scholer
United States District Judge