IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ECI SOFTWARE SOLUTIONS, INC.,<br>    *Plaintiff,*<br><br>v.<br><br>JOHN PLYLER PLUMBING AND HARDWARE, INC.; OLSHAN LUMBER COMPANY; and PROSPERITY COMPUTER SOLUTIONS, LLC, WADE FRAZIER, GREG MATATALL, and ED BALDRIDGE,<br><br>    *Defendants.* | Civil Action No.: 3:18-cv-02758-S |

**PROSPERITY COMPUTER SOLUTIONS, LLC'S MOTION FOR ORDER REQUIRING <u>PRE-DISCOVERY IDENTIFICATION OF TRADE SECRETS</u>**

Prosperity Computer Solutions, LLC ("Prosperity"), Wade Frazier ("Frazier"), Greg Matatall ("Matatall") and Ed Baldridge ("Baldridge") (collectively, "Movants") file this Motion for Order Requiring Pre-Discovery Identification of Trade Secrets as follows:

1.  Movants seek an order that requires Plaintiff ECI Software Solutions, LLC ("ECI") to identify, with reasonable particularity, the alleged trade secrets they claim Movants misappropriated in this lawsuit before any Movant is obligated to produce responsive documents to 766 requests for production and before any depositions of Movants in this case.

2.  On May 28, 2019, ECI answered Movant's interrogatories asking ECI to identify the trade secrets in this lawsuit, and while ECI identified some trade secrets categories it failed to do so with respect to many other categories. Thus, the Movants seek an order requiring ECI to provide a list that:

    a.  identifies each alleged trade secret that each Movant allegedly misappropriated;

  b. separately breaks out each of the individual alleged trade secrets that ECI claims Defendants have misappropriated;

  c. identifies all such trade secrets with sufficient particularity so that the reader understands how each such trade secret differs from public domain information; and

  d. to the extent that one Movant is accused of misappropriating information different from the others, include a list of which trade secrets each Defendant allegedly misappropriated.

3. The relief requested in this Motion is:

  a. consistent with the Court's inherent powers under Federal Rules of Civil Procedure 26(c)(2)(L) and case law among federal courts, including the Northern District of Texas;

  b. will give the Court and the Movants fair notice of the specific trade secrets at issue in this lawsuit; and

  c. will allow the Court and the Movants to set an appropriate discovery scope;

  d. will avoid fishing expeditions that result in ECI simply morphing its claims to fit whatever found an unbridled discovery thereby prolonging litigation.

3. For these reasons and those detailed in the Movants' Brief in Support of Motion for Order Requiring Pre-Discovery Identification of Trade Secrets filed concurrently herewith, the Movants request that the Court order ECI to provide a reasonably particular identification of each alleged trade secrets each Movant is accused of misappropriating within ten (10) days of the date of an order granting this motion and prior to any Defendant being required to produce documents responsive to any discovery based on ECI's claims for trade secret misappropriation and before Defendants are required to provide their deposition testimony in this case.

Respectfully submitted,

By: /s/ Elisaveta Dolghih
Elisaveta Dolghih
State Bar No.: 24043355
Brent Sedge
State Bar No. 24082120
LEWIS BRISBOIS BISGAARD & SMITH, LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
Tel: (214) 722-7108
Fax: (214) 722-7111
Leiza.Dolghih@lewisbrisbois.com
Brent.Sedge@lewisbrisbois.com

**ATTORNEYS FOR PROSPERITY COMPUTER SOLUTIONS, LLC, WADE FRAZIER, ED BALDRIDGE, and GREG MATATALL**

## CERTIFICATE OF CONFERENCE

On May 30, 2019, Elisaveta Dolghih, counsel for Movants, conferred with ECI's counsel regarding this Motion via email. The parties were not able to work out their differences on this Motion, thus ECI is listed as opposed.

*/s/ Elisaveta Dolghih*
Elisaveta Dolghih

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been sent to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 30th of May, 2019.

Christopher M. LaVigne
lavignec@gtlaw.com
William Stark
starkb@gtlaw.com
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

**ATTORNEYS FOR PLAINTIFF
ECI SOFTWARE SOLUTIONS, INC.**

                                                     */s/ Elisaveta Dolghih*
                                                     Elisaveta Dolghih